UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

KEVIN GLENN SUMMERFIELD     CIVIL ACTION NO. 18-cv-0838 (SEC. P)

VERSUS     JUDGE HICKS

S. HERRING     MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Plaintiff is a self-represented inmate who alleges that the defendant violated his civil rights. The defendant has now filed an answer. There is no requirement to exchange initial disclosures in this case, and the parties are granted leave to conduct discovery beginning now.

The deadline for completion of discovery, including the filing of any motions to compel, is **Friday, January 4, 2019**. The deadline to file a motion for summary judgment or other dispositive motion is **Friday, February 1, 2019**. The court will issue additional scheduling instructions, as needed, after any dispositive motions have been resolved. All parties must promptly advise the court, in writing, of any change of address. Failure to do so may result in dismissal or other appropriate sanction.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 13th day of November, 2018.

Mark L. Hornsby
U.S. Magistrate Judge